# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION – DETROIT

IN THE MATTER OF:

CHARLETTA A. HUDSON-TUTT,  Case No. 19-48503-PJS
  Honorable PHILLIP J. SHEFFERLY
Debtor.  Chapter 7

477 Campbell Street
River Rouge, MI 48218
XXX-XX-2774
_____/

## MOTION TO VACATE THE AUTOMATIC STAY
## AS TO THE WAYNE COUNTY TREASURER

**NOW COMES** the Wayne County Treasurer, by and through its counsel, KILPATRICK & ASSOCIATES, P.C., and moves this Court to vacate the Automatic Stay as it relates to Wayne County Treasurer ("Treasurer"), and in support thereof states as follows:

1. On or about June 6, 2019, the Debtor filed a Voluntary Petition for relief under Chapter 7 of Title 11 of the United States Bankruptcy Code.

2. The Wayne County Treasurer is a Creditor in this case; it is the tax collecting governmental unit for Wayne County, Michigan. As such, it is the Treasurer's duty to collect property taxes which accrue on both real and personal property for the County and various cities within the County.

3. The Treasurer brings this Motion pursuant to 11 U.S.C. § 362(d) and Fed. R. Bankr. P. 4001 and L.B.R. 4001-1 (E.D.M.). This Court has jurisdiction over this Motion pursuant to 28 U.S.C. § 1334 and this matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(G).

4. The Estate includes real property located at 477 Campbell Street, River Rouge, Michigan ("Property").

5. On the date of the filing of the Chapter 7 case, the Treasurer held claims in the amount of Eight Thousand Three Hundred Seven and 01/100 Dollars ($8,307.01) for the tax years of 2015, 2016, 2017 and 2018;

6. The amount due and owing to the Treasurer accrues interest at the rate of one percent (1%) per month or twelve percent (12%) per annum or more pursuant to MCL 211.59.

7. Based upon information and belief, the estimated value of Debtor's real property located at 477 Campbell Street, River Rouge, Michigan ("Property") is approximately Twenty Two Thousand Four Hundred and 00 /100 Dollars ($22,400.00).

8. Based upon information and belief, after review of the Debtor's schedules, the property is not subject to a mortgage.

9. The Treasurer's claims are secured by a lien against the Debtor's property, which is superior to all other security interest or liens pursuant to MCL 211.40.

10. Contrary to Debtor's obligations, the Debtor has neglected, failed and refused to pay real property taxes now properly due and owing.

11. The Debtor's failure to pay real property taxes as same become due and owing constitutes "cause" to vacate the Automatic Stay pursuant to 11 U.S.C. § 362(d)(1).

12. It would be unfair and inequitable for this Court to continue the Stay considering the facts and circumstances of this case.

13. The Wayne County Treasurer was unable to seek consent for relief from the Automatic Stay from the Pro Se Debtor and anticipates the request would be denied.

**WHEREFORE**, Creditor, the Wayne County Treasurer, prays that this Honorable Court vacate the Automatic Stay, allowing the Treasurer to pursue remedies of collection pursuant to applicable state law and grant such other and further relief as this Court deems just and equitable.

          Respectfully Submitted,

**KILPATRICK & ASSOCIATES, P.C.**

Attorney for Creditor, Wayne County Treasurer

/S/RICHARDO I. KILPATRICK
RICHARDO I. KILPATRICK (P35275)
615 Griswold, Suite 1305
Detroit, MI 48226
(313) 963-2581
ecf@kaalaw.com

Dated: August 14, 2019

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION – DETROIT**

IN THE MATTER OF:

CHARLETTA A. HUDSON-TUTT,          Case No. 19-48503-PJS
                                                     Honorable PHILLIP J. SHEFFERLY
         Debtor.                      Chapter 7

477 Campbell Street
River Rouge, MI 48218
XXX-XX-2774
_____/

## ORDER VACATING THE AUTOMATIC STAY
## AS TO THE WAYNE COUNTY TREASURER

       This matter having come before the Court on the Wayne County Treasurer's Motion to Vacate the Automatic Stay; all parties in interest having been served a copy of said Motion, proposed Order Vacating the Automatic Stay, Brief in Support, Notice of the Motion and a Proof of Service; No objections having been filed and if filed having been resolved or overruled; said Creditor having a validly perfected security interest in the premises located at 477 Campbell Street, River Rouge, Michigan ("Property") pursuant to State law and a claim for unpaid real property taxes in the amount of Eight Thousand Three Hundred Seven and 01/100 Dollars ($8,307.01) for the tax years of 2015, 2016, 2017 and 2018; said property having an estimated value of Twenty Two Thousand Four Hundred and 00 /100 Dollars ($22,400.00) and the Court being fully advised in the premises:

       **IT IS ORDERED** that the Automatic Stay is hereby vacated to the Wayne County Treasurer as to the Property, and the Wayne County Treasurer can take any and all actions available under applicable state laws to collect its debt(s).

       **IT IS FURTHER ORDERED** that in the event the Wayne County Treasurer receives proceeds in excess of the amount of the claims due to the Treasurer plus attorney fees and costs, the Wayne County Treasurer shall turn the surplus over to the Trustee.

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION – DETROIT**

IN THE MATTER OF:
CHARLETTA A. HUDSON-TUTT,  Case No. 19-48503-PJS
　　　　　　　　　　　　　　　　　Honorable PHILLIP J. SHEFFERLY
　　　　　Debtor.　　　　　　　　　Chapter 7

477 Campbell Street
River Rouge, MI 48218
XXX-XX-2774
_____/

# NOTICE OF MOTION TO VACATE THE AUTOMATIC STAY AS TO THE WAYNE COUNTY TREASURER

The Wayne County Treasurer, has filed a Motion to Vacate the Automatic Stay with the United States Bankruptcy Court, Eastern District of Michigan, Southern Division – Detroit.

A complete copy of the Motion is on file with the Clerk of the Court at the U.S. Bankruptcy Court located at 211 W. Fort St., Ste 2100, Detroit, Michigan 48226.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the Court to vacate the Automatic Stay, or if you want the Court to consider your views on the Motion, then on or before <u>14 days from date of service</u>, you or your attorney must:

1. File with the Court a written response or an Answer, explaining your position at:
　　　United States Bankruptcy Court,
　　　　211 W. Fort St., Ste. 2100,
　　　　　Detroit, MI 48226.

If you mail your response or Answer to the Court for filing, you must mail it early enough so the Court will **receive** it on or before the date stated above. All attorneys are required to file pleadings electronically.

You must also mail a copy to:

Richardo I. Kilpatrick, Kilpatrick & Associates, P.C., 903 N. Opdyke Road, Suite C, Auburn Hills, Michigan 48326.

Karen E. Evangelista, Chapter 7 Trustee, 410 W University, Ste 225, Rochester, Michigan 48307;

Charletta A. Hudson-Tutt, Debtor, 477 Campbell Street, River Rouge, MI 48218

ProSe, Debtor's Attorney, 477 Campbell Street, River Rouge, MI 48218

2. If a response or Answer is timely filed and served, the Clerk of the Court will schedule a Hearing on the Motion and will serve you with notice of the date, time and location of the Hearing.

**If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion and may enter an Order granting that relief.**

                                  Respectfully Submitted,

                                  KILPATRICK & ASSOCIATES, P.C.
                                  Attorney for Creditor, Wayne County Treasurer

                                  /S/RICHARDO I. KILPATRICK
                                  RICHARDO I. KILPATRICK (P35275)
                                  615 Griswold, Suite 1305
                                  Detroit, MI 48226
Dated: August 14, 2019                (313) 963-2581

IN THE MATTER OF:

| | |
|---|---|
| CHARLETTA A. HUDSON-TUTT, | Case No. 19-48503-PJS |
| | Honorable PHILLIP J. SHEFFERLY |
| Debtor. | Chapter 7 |

477 Campbell Street
River Rouge, MI 48218
XXX-XX-2774
_____/

## PROOF OF SERVICE

**KELISHA SMITH** states that on the 14th day of August, 2019, she served a copy of the MOTION TO VACATE THE AUTOMATIC STAY AS TO THE WAYNE COUNTY TREASURER, PROPOSED ORDER, NOTICE and this PROOF OF SERVICE upon the following parties with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

Karen E. Evangelista            brewera1008@yahoo.com

ProSe

Office of the U.S. Trustee            via ecf e-mail

And by depositing same in a United States postal box located in Auburn Hills, Michigan, with the lawful amount of postage affixed thereto and addressed to:
Charletta A. Hudson-Tutt
477 Campbell Street
River Rouge, MI 48218

/S/*KELISHA SMITH*
**KELISHA SMITH**, an employee of
KILPATRICK & ASSOCIATES, P.C.
615 Griswold, Suite 1305
Detroit, MI 48226
(313) 963-2581
ecf@kaalaw.com